Scott J. Ferrell, Bar No. 202091
Ward J. Lott, Bar No. 211307
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100
sferrell@calljensen.com
wlott@calljensen.com

Attorneys for Plaintiffs Garmin Ltd.,
Garmin Corporation, Garmin USA, Inc.
and Garmin International, Inc.

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARMIN LTD.; GARMIN CORPORATION; GARMIN USA, INC.; GARMIN INTERNATIONAL, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC COAST RADIO, INC.; DAVID GEORGE; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.  CV08-01305 ABC (AJWx) <br><br> **ORDER FOR JUDGMENT** <br><br><br><br><br><br> Complaint Filed:  February 26, 2008 <br> Trial Date:          None Set |

/ / /

/ / /

/ / /

/ / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

GAR08-05:garmin.doc:11-6-08                                                    CV08-01305 ABC (AJWx)

ORDER FOR JUDGMENT

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

1  **ORDER**

2  Pursuant to the Stipulation for Entry of Judgment in Favor of Plaintiffs Garmin
3  Ltd., Garmin Corporation, Garmin USA, Inc. and Garmin International, Inc., between
4  the parties Plaintiffs Garmin Ltd., Garmin Corporation, Garmin USA, Inc. and Garmin
5  International, Inc. ("Plaintiffs") and Defendants Pacific Coast Radio, Inc. and David
6  George, Judgment shall be entered in favor of Plaintiffs and against Defendants in the
7  amount of $8,000.  There being no just reason for delay,

9  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10  **IT IS SO ORDERED:**

13  Dated:   November 6, 2008

AUDREY B. COLLINS
U.S. DISTRICT COURT JUDGE